THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00043-MR-DLH

| | |
|---|---|
| BILTMORE AVENUE CONDOMINIMUM ASSOCIATION, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) **JUDGMENT** |
| HANOVER AMERICAN INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

**FOR THE REASONS** stated in the Memorandum of Decision and Order entered contemporaneously herewith, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion for Summary Judgment is **DENIED**; the Defendant's Motion for Summary Judgment is **GRANTED**; and this case is hereby **DISMISSED**.

Signed: March 8, 2017

Martin Reidinger
United States District Judge